IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| CHARLES DADE, NAKITA LEWIS, NIKKI PETREE, LEE ANDREW ROBERTSON, and PHILIP AXELROTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHERWOOD, ARKANSAS, PULASKI COUNTY, ARKANSAS, LARRY JEGLEY in his official capacity, AND HONORABLE MILAS H. HALE, III, in his official and individual capacities,<br><br>Defendants. | Case No. 4:16-cv-00602-JM |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES now plaintiffs Charles Dade, Nakita Lewis, Nikki Petree, Lee Andrew Robertson, and Philip Axelroth ("Plaintiffs"), by and through their undersigned attorneys, and for their Unopposed Motion for Extension of Time, state:

1. By Summons and Complaint, dated August 23, 2016, Plaintiffs commenced this action. (ECF No. 1.)

2. On September 30, 2016, Plaintiffs filed a First Amended Class Action Complaint (the "Amended Complaint"). (ECF No. 13.)

3. On January 25, 2017, the Court entered, and its electronic filing system caused to be served, Proposed Findings and Recommendations, recommending, *inter alia*, dismissal of this action without prejudice based on the *Younger* doctrine. (ECF No. 59.)

4. As of January 30, 2017, Plaintiffs had contacted Defendants about this motion and counsel of record for Defendants City of Sherwood, Pulaski County, Larry Jegley, and the

Honorable Milas H. Hale, III, have stated that they do not oppose an extension of two weeks, until February 22, 2017, for Plaintiffs to serve and file Plaintiffs' objections under Fed. R. Civ. P. 72(b) to the Proposed Findings and Recommendations, ECF No. 59.

**WHEREFORE,** Plaintiffs respectfully request that the Court extend Plaintiffs' time to serve and file Plaintiffs' objections under Fed. R. Civ. P. 72(b) to the Proposed Findings and Recommendations, ECF No. 59, until February 22, 2017.

Date:  January 30, 2017  By:  /s/ *J. Alexander Lawrence*
J. Alexander Lawrence
Jayson L. Cohen
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Tel:  (212) 336-8638
ALawrence@mofo.com
JCohen@mofo.com

Bettina E. Brownstein
**BETTINA E. BROWNSTEIN LAW FIRM**
904 West 2nd Street
Little Rock, AR 72201
Tel:  (501) 920-1764
bettinabrowstein@gmail.com

Reggie Koch
**THE KOCH LAW FIRM**
2024 Arkansas Valley Drive, Suite 707
Little Rock, AR 72212
Tel: (501) 223-5310
reggie@reggiekoch.com

Hallie N. Ryan
**LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW**
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 662-8359
HRyan@lawyerscommittee.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, the foregoing was served on all counsel of record by email.

*/s/ J. Alexander Lawrence*
J. Alexander Lawrence

ny-1270398