FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 02 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

CHARLES DADE; NAKITA LEWIS;
NIKKI PETREE; LEE ANDREW
ROBERTSON; and PHILIP AXELROTH,
individually and on behalf of all others
similarly situated                                                          PLAINTIFFS

V.                              NO. 4:16CV-602 JM

CITY OF SHERWOOD, ARKANSAS;
PULASKI COUNTY, ARKANSAS;
LARY JEGLEY in his official capacity; AND
HONORABLE MILAS H. HALE, III,
in his official and individual capacities                                    DEFENDANTS

## DEFENDANTS CITY OF SHERWOOD'S AND HALE'S OBJECTIONS TO THE REPORT AND RECOMMENDATION

Comes now Separate Defendant Honorable Milas H. Hale, III and the City of Sherwood, Arkansas, by and through their attorney, and for their Objections to the Report and Recommendation, herein state:

Defendants City of Sherwood and Hale object to the Report and Recommendation (Doc. 59) pursuant to 28 U.S.C. § 636(b)(1).

1. The record made before the Magistrate Judge is adequate. This objection is on the undecided questions of law.

2. The Magistrate Judge decided the motions to dismiss on the *Younger* doctrine. *Younger v. Harris,* 401 U.S. 37 (1971). These defendants also argued the claims were barred by *Heck v. Humphrey,* 512 U.S. 477 (1994), and for other grounds. All the issues have been fully briefed by all sides.

1

3.      Whether an objection is required to preserve defendants' ability to argue the *Heck* doctrine or other undecided issues on appeal isn't fully clear. Defendants make this objection to preserve their ability to raise the undecided issues should the court sustain the R&R and plaintiff's appeal.

> Respectfully Submitted,
>
> City of Sherwood, Arkansas,
> and Honorable Milas H. Hale, III,
> in his official and individual capacities
> **SEPARATE DEFENDANTS**
>
> BY: _____
> Michael Mosley, Ark. Bar No. 2002099
> Attorney for Separate Defendants
> Post Office Box 38
> North Little Rock, AR 72115
> TELEPHONE: (501) 978-6131
> FACSIMILE: (501) 978-6561
> EMAIL: mmosley@arml.org

**CERTIFICATE OF SERVICE**

I, Michael Mosley, hereby certify that on February 2, 2017, that a true and correct copy of the above and foregoing has been served upon the attorney(s) of record as referenced below, via e-mail:

| | |
|---|---|
| David M Fuqua | J. Alexander Lawrence |
| dfuqua@fc-lawyers.com | alawrence@mofo.com |
| | |
| Patrick Hollingsworth | Reggie Koch |
| Patrick.hollingsworth@arkansas.gov | reggie@reggiekoch.com |
| | |
| Bettina E. Brownstein | Hallie N. Ryan |
| bettinabrowstein@gmail.com | hryan@lawyerscommittee.org |

_____
Michael Mosley, Ark. Bar No. 2002099