IN THE UNITED STATES DISTRICT COURT
EASTERN DISTICT OF ARKANSAS
WESTERN DIVISION

**CHARLES DADE, et al.**                                           **PLAINTIFFS**

vs.                              No. 4:16-cv-602-JM

**CITY OF SHERWOOD, et al.**                                       **DEFENDANTS**

### PARTIAL OBJECTION OF LARRY JEGLEY TO PROPOSED FINDINGS AND RECOMMENDATIONS

The Defendant Larry Jegley, in his official capacity as Prosecuting Attorney for the Sixth Judicial District, states as follows for his partial objection to the Proposed Findings and Recommendations entered January 24, 2017.

1. On October 19, 2016, Larry Jegley moved to dismiss the Amended Complaint against him, asserting three grounds for dismissal: that as a state official he is immune from suit, that the Amended Complaint states no claim against him, and that the Court should abstain pursuant to the *Younger* abstention doctrine. ECF 25, 26.

2. On January 24, 2017, Magistrate Judge Volpe recommended dismissal of the Amended Complaint, based upon the *Younger* abstention doctrine. ECF 59.

3. Judge Volpe's recommendations included denial of the remainder of Jegley's Motion to Dismiss. ECF 59 at 8.

4. In order to preserve his arguments for any future proceedings in this matter, Jegley objects to the Proposed Findings and Recommendations to the extent

that they deny his motion to dismiss based on sovereign immunity and failure to state a claim.

5. In support of his objection, and pursuant to F.R.Civ.P. 10(c), Jegley incorporates by reference his Motion to Dismiss and Brief in Support of Motion to Dismiss, ECF 25 and 26.

Wherefore, Larry Jegley, in his official capacity as Prosecuting Attorney for the Sixth Judicial District, prays that the Court adopt the Proposed Findings and Recommendations to the extent that they recommend dismissal based on the *Younger* doctrine, and that the Court decline to adopt the recommendations to deny dismissal based on sovereign immunity and failure to state a claim.

Respectfully submitted,

LESLIE RUTLEDGE,
ATTORNEY GENERAL

By:   /s/ *Patrick Hollingsworth*
PATRICK HOLLINGSWORTH, Assistant
 Attorney General
Arkansas Bar No. 84075
(501) 682-1051
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Facsimile: (501) 682-2591
patrick.hollingsworth@arkansasag.gov
Attorneys for the Larry Jegley, in his official
capacity as Prosecuting Attorney for the Sixth
 Judicial District

CERTIFICATE OF SERVICE

    I, Patrick Hollingsworth, hereby certify that on February 2, 2016, the foregoing was served via CM/ECF to the following:

| | |
|---|---|
| Michael Mosley<br>P.O. Box 38<br>North Little Rock, AR 72115 | Bettina E. Brownstein<br>904 West 2nd Street<br>Little Rock, AR 72201 |
| J. Alexander Lawrence<br>Jason L. Cohen<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 | Reggie Koch<br>2024 Arkansas Valley Drive<br>Little Rock, AR 72212 |
| Hallie N. Ryan<br>Lawyers Committee for Civil<br>  Rights under the Law<br>1401 New York Avenue NW, Suite 400<br>Washington, D.C. 20005 | David M. Fuqua<br>Fuqua Campbell P.A.<br>3700 Cantrell Road<br>Little Rock, AR 72202 |

    By:    /s/ *Patrick Hollingsworth*
           PATRICK HOLLINGSWORTH